**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **LION ASSOCIATES, LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Case No. : 1:10-CV-189 (GBL/TRJ)** |
| | ) |
| **SWIFTSHIPS SHIPBUILDERS, LLC,** | ) |
| | ) |
| **Defendant.** | ) |

**DEFENDANT'S PRETRIAL DISCLOSURES**

Defendant Swiftships Shipbuilders, LLC ("Swiftships"), by and through undersigned

counsel and pursuant to this Court's April 9, 2010 Order and Rule 26(a)(3) of the Federal Rules

of Civil Procedure, hereby submits its pretrial disclosures:

**I.    Witness List**

Calvin LeLeux
c/o Patton Boggs, LLP
2550 M Street, N.W.
Washington, DC 20037

Faisal Gill, Esq.
c/o Patton Boggs, LLP
2550 M Street, N.W.
Washington, DC 20037

Lutfi Hassan
Chairman & CEO
Apex Group of Companies
9100 Southwest Freeway, Ste. 201
Houston, TX  77074

Jeffrey M. Perrin
Swiftships Shipbuilders, LLC
1105 Levee Road
Morgan City, LA  70380

Jeffrey LeLeux

5118731

Swiftships Shipbuilders, LLC
1105 Levee Road
Morgan City, LA  70380

Sheraze Shah, President
ICS NETT
2650 Park Tower, Ste. 801
Vienna, Virginia  22180

Robert C. Harmala, Esq.
Kilpatrick Stockton LLP
607 14th Street, N.W., Ste. 900
Washington, DC  20005

VADM William E. Landay
Director, Defense Security Cooperation Agency
2800 Defense Pentagon
Washington, DC  20301

In addition to the foregoing, Swiftships reserves the right to call any witness identified on

Plaintiff's Witness List or subpoenaed or called by Plaintiff at Trial.  Swiftships further reserves

the right to call for rebuttal and/or impeachment purposes witnesses not identified on this list.

## II.    Deposition Designations

Swiftships states that it does not expect to present any testimony by deposition at this

time.  Swiftships reserves the right to present witness testimony by deposition in the event any

witness who was deposed in this matter becomes unavailable.

## III.   Exhibit List

| Exhibit | Date | Description | Bates No.[1] | Dep. Exhibit No.[2] |
|---------|------|-------------|----------|--------------------|
| 1 | 6/15/05 | Contract between Lion Associates, LLC and | L 908 | JL-4 |

---

[1] The prefix "L" refers to documents produced by Plaintiff Lion Associates, LLC, with the Bates Number prefix "LION."  The prefix "SS" refers to documents produced by Defendant Swiftships Shipbuilders, LLC, with the Bates Number prefix "Swiftships-."

[2] The prefix "JL" refers to exhibits used during the deposition of Admiral James Lyons; the prefix "CL" refers to exhibits used during the deposition of Calvin LeLeux.

| | | D'Arcinoff Group, Inc. | | |
|---|---|---|---|---|
| 2 | 8/25/06 | Response to Iraqi Coastal Patrol Boat Inquiry, Ref: N0002406R2276. | SS 230-234 | |
| 3 | 3/1/07 | Contract between Lion Associates, LLC and Powered Corp. | | JL-5 |
| 4 | 12/15/07 | Contract between Lion Associates, LLC and Eracent, Inc. | L 909, 922 | JL-3 |
| 5 | 2/15/08 | Contract between Lion Associates, LLC and A. Louis Associates, Corp. | L 906 | JL-2 |
| 6 | 2/20/09 | Contract between Lion Associates, LLC and CNC Metalworks, Inc. | | JL-9 |
| 7 | 2/21/08 | Contract between Lion Associates, LLC and Northeast Maritime Inst., Inc. | | JL-6 |
| 8 | 9/19/08 | Contract between Lion Associates, LLC and GWU Medical Faculty Associates. | | JL-7 |
| 9 | 11/19/08 | NAVSEA Solicitation No. N0002409R2216. | SS 162-165 | JL-11 |
| 10 | 12/1/08 | Response to Iraqi Coastal Patrol Boat Inquiry, Ref: N0002409R2216. | SS 235-239 | |
| 11 | 2/1/09 | Contract between Lion Associates, LLC and MARCOR Remediation, Inc. | | JL-8 |
| 12 | 2/13/09 | NAVSEA reissue Solicitation No. N0002409R2216. | SS 43-48 | JL-12 |
| 13 | 2/25/09 | Response to Iraqi Coastal Patrol Boat Inquiry Reissue, Ref: N0002409R2216. | | JL-13 |
| 14 | 4/13/09 | E-mail from J. Lyons to F. Gill seeking telephone call. | SS 5 | JL-14 |
| 15 | 4/13/09 | E-mail from F. Gill to L. Hassan re: meeting with J. Lyons. | SS 6 | |
| 16 | 4/13/09 | E-mail from J. Lyons to F. Gill enclosing initial Agreement and invoice for April 2009. | L 313-315 | JL-15 |
| 17 | 4/14/09 | E-mail from F. Gill to L. Hassan recommending hiring ADM Lyons and that the 3% clause did not apply to Iraqi Navy Contract. | SS 175-176 | JL-16 |
| 18 | 4/16/09 | E-mail string from F. Gill to J. Lyons re: C. LeLeux wanting to talk with ADM Lyons | L 95 | |
| 19 | 4/16/09 | E-mail from F. Gill to Swiftships management asking that C. LeLeux call J. Lyons | SS 9 | |
| 20 | 4/17/09 | E-mail from C. LeLeux to J. Lyons enclosing issue paper. | L 134-136 | JL-17; CL-7 |
| 21 | 4/27/09 | E-mail from F. Gill to C. LeLeux enclosing initial Agreement sent from A. Lyons. | SS 13-15 | |
| 22 | 4/29/09 | E-mail from J. Lyons to F. Gill enclosing May invoice. | L 309-310 | |
| 23 | 5/1/09 | E-mail from K. Burnette to F. Gill enclosing | SS 240-244 | |

|  |  | copy of the Agreement signed by C. LeLeux |  |  |
|---|---|---|---|---|
| 24 | 5/1/09 | E-mail string from C. LeLeux to J. Lyons enclosing correspondence with D. Dallhoff. | L 306-307 | JL-20 |
| 25 | 5/2/09 | E-mail string from F. Gill to J. Lyons re: update from R. Schissell. | L 90-93 | JL-21; CL-6 |
| 26 | 5/4/09 | E-mail string from F. Gill to J. Lyons re: additional update from R. Schissell. | L 87-89 | JL-22 |
| 27 | 5/4/09 | E-mail from J. Lyons to F. Gill re: additional update from R. Schissell. | L 305 |  |
| 28 | 5/5/09 | E-mail from F. Gill to J. Lyons enclosing edits to draft e-mail to W. Landay. | SS 18-19 | JL-23 |
| 29 | 5/5/09 | E-mail string from F. Gill to J. Lyons re: MinDef Meeting. | L 82-86 | JL-24 |
| 30 | 5/5/09 | E-mail from F. Gill to C. LeLeux seeking draft letter to W. Landay. | SS 184 |  |
| 31 | 5/5/09 | E-mail from F. Gill to J. Lyons enclosing draft letter to W. Landay. | L 77-79 | JL-27 |
| 32 | 5/5/09 | E-mail from J. Lyons to W. Landay re: Patrol Craft. | L 304 | JL-25 |
| 33 | 5/5/09 | E-mail from F. Gill to J. Lyons re: update from R. Schissell. | L 80-81 | JL-26 |
| 34 | 5/6/09 | E-mail from W. Landay to J. Lyons re: Patrol Craft. | L 115 | JL-28 |
| 35 | 5/6/09 | E-mail from F. Gill to J. Lyons re: draft e-mail to W. Landay and update from R. Schissell. | L 71-74 | JL-29 |
| 36 | 5/6/09 | E-mail from J. Lyons to W. Landay providing update on patrol craft availability | L 302-303 | JL-30 |
| 37 | 5/6/09 | E-mail from F. Gill to J. Lyons re: additional updates from R. Schissell | L 65-69 | JL-31 |
| 38 | 5/7/09 | E-mail exchange between J. Lyons and W. Landay re: patrol craft availability. | L 116 | JL-32 |
| 39 | 5/8/09 | E-mail from F. Gill to J. Lyons forwarding updated information from R. Schissell. | L 61-62 | JL-33 |
| 40 | 5/8/09 | E-mail from F. Gill to J. Lyons forwarding additional information from R. Schissell. | L 59 | JL-34 |
| 41 | 5/8/09 | E-mail from F. Gill to J. Lyons forwarding additional information from R. Schissell. | L 57-58 | JL-35 |
| 42 | 5/10/09 | E-mail from F. Gill to J. Lyons forwarding communications between J. LeLeux and R. Schissell. | L 52-56 | JL-36 |
| 43 | 5/10/09 | E-mail from F. Gill to J. Lyons forwarding information concerning Kuwait events. | L 46-51 | JL-37 |
| 44 | 5/10/08 | E-mail from F. Gill to J. Lyons re: NAVSEA wanting to break up the possible shipbuilding contract. | L 38-45 | JL-38 |

| 45 | 5/11/09 | E-mail from F. Gill to J. Lyons containing proposed e-mail to W. Landay. | L 37 | JL-39 |
|----|---------|--------------------------------------------------------------------------|------|-------|
| 46 | 5/11/09 | E-mail from J. Lyons to W. Landay concerning Swiftships' financial situation and NAVSEA's wanting to split up the shipbuilding contract. | L 297 | JL-40 |
| 47 | 5/11/09 | E-mail from F. Gill to J. Lyons forwarding information from R. Schissell. | L 35-36 | JL-41 |
| 48 | 5/11/09 | E-mail from J. Lyons to W. Landay informing Landay of the 1430 telephone conference. | L 296 | JL-42 |
| 49 | 5/21/09 | E-mail from J. Lyons to F. Gill and C. LeLeux forwarding planned e-mail to W. Landay. | SS 32 | |
| 50 | 5/21/09 | E-mail from J. Lyons to F. Gill and C. LeLeux forwarding e-mail sent to W. Landay. | L 288 | JL-45 |
| 51 | 5/24/09 | E-mail from W. Landay to J. Lyons re: Patrol Craft. | L 118 | JL-46 |
| 52 | 6/9/09 | E-mail from J. Lyons to F. Gill inquiring about the signed agreement from ICS Nett. | SS 38 | |
| 53 | 6/15/09 | Contract between Lion Associates, LLC and ICS Nett, Inc. | | JL-10 |
| 54 | 6/16/09 | E-mail from J. Lyons to F. Gill enclosing invoice to ICS Nett. | SS 39-40 | |
| 55 | 7/27/09 | E-mails from J. Lyons to J. Holloway re: briefing. | L 277, 275-276 | JL-51 |
| 56 | 8/8/09 | E-mail from J. Lyons to C. LeLeux seeking input. | L 271 | |
| 57 | 8/10/09 | E-mail from F. Gill to J. Lyons enclosing talking points for meeting with W. Landay. | L 23-24 | JL-53 |
| 58 | 9/25/09 | Contract No. N00024-09-C-2256. | SS 49-161 | CL-4 |
| 59 | 9/30/09 | Contract No. N61339-09-C-0034. | SS 194-219 | |
| 60 | 11/15/09 | E-mail from L. Hassan to J. Lyons re: Shipyards. | L 107-108 | JL-54 |
| 61 | 11/25/09 | E-mail from G. Peterson enclosing list of visitors to Swiftships for meeting with the Iraqi Delegation. | L 144-147 | |
| 62 | 12/2/09 | E-mail from J. Lyons to L. Hassan re: Iraqi Delegation visit. | L 201-202 | JL-55 |
| 63 | 12/9/09 | E-mail from J. Lyons to R. Harmala re: Update. | L 199 | JL-56 |
| 64 | 12/14/09 | E-mail exchange between J. Lyons and F. Gill re: Update telephone call. | L 21 | JL 57 |

| 65 | 12/14/09 | E-mail from F. Gill to J. Lyons re: no updated news. | L 20 | JL-58 |
| 66 | 12/16/09 | E-mail from J. Lyons to F. Gill re: not hearing anything from Calvin. | L 197 | |
| 67 | 12/16/09 | E-mail exchange between F. Gill and J. Lyons re: call with Calvin. | L 19 | |
| 68 | 12/17/09 | E-mail from J. Lyons to F. Gill re: resolving issues. | L 100 | |
| 69 | 12/17/09 | E-mail exchange between R. Harmala and J. Lyons re: Success Fee. | L 98 | JL-59 |
| 70 | 12/23/09 | E-mail from J. Lyons to R. Harmala re: voicemail. | L 188 | JL-60 |
| 71 | 2/3/10 | E-mail from J. Lyons to L. Hassan re: BAE Shipyards. | L 172-173 | JL-61 |
| 72 | 3/2/10 | E-mail from L. Devaux to H. Askari re: payment of March invoice. | L 166 | |
| 73 | Various | E-mails from J. Lyons enclosing invoices for June – December 2009, and January – April 2010. | SS 34-35; L 284-285; L 278-279; L 257-258; L 252-253; L 240-241; L 226-227; L 185-186; L 177-178; L 170, 17; L 162-163 | |
| 74 | Various | Plaintiff's produced telephone records | L 316-904 | |
| 75 | 8/30/10 | Plaintiff's Supplemental Responses to Defendant's First Set of Requests for Admission. | | |
| 76 | Various | Individual telephone records for Faisal Gill. | | |
| 77 | Various | Individual telephone records for Calvin LeLeux. | | |

In addition, Swiftships reserves the right to identify and use any documents or exhibits identified on Plaintiff's Exhibit List and/or used by Plaintiff, including documents filed by Plaintiff with the Court throughout this litigation, and demonstrative exhibits to be determined. Swiftships reserves the right to use additional documents not herein identified for impeachment

and/or rebuttal purposes.

                                                                            /s/
                                                  Benjamin G. Chew, Esq. (VSB#29113)
Nigel L. Wilkinson, Esq. (VSB#46500)
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, DC 20037
Telephone:  (202) 457-6000
Facsimile:   (202) 457-6315
bchew@pattonboggs.com
nwilkinson@pattonboggs.com

Hassan M. Ahmad, Esq. (*admitted Pro Hac Vice*)
The HMA Law Firm
1568 Spring Hill Road, Suite 200A
McLean, Virginia  22102
Telephone: (703) 964-0245
Facsimile: (703) 997-8556
hma@hmalegal.com

Counsel for Defendant Swiftships Shipbuilders, LLC

Date:  September 14, 2010

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 14th day of September, 2010, I will electronically file the

foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification

of such filing (NEF) to the following:

>J. Douglas Baldridge, Esq.
>Lauren D. Eade, Esq.
>Elizabeth E. Forbes, Esq.
>VENABLE LLP
>575 7th Street, N.W.
>Washington, DC  20004
>Telephone: (202) 344-4703
>Facsimile: (202) 344-8300
>jbaldridge@venable.com
>ldeade@venable.com

>_____/s/_____
>Nigel L. Wilkinson, Esq. (VSB#46500)
>PATTON BOGGS LLP
>2550 M Street, N.W.
>Washington, DC 20037
>Telephone:  (202) 457-6000
>Facsimile:   (202) 457-6315
>nwilkinson@pattonboggs.com
>Counsel for Defendant Swiftships Shipbuilders, LLC