UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LION ASSOCIATES, LLC, )<br>)<br>    Plaintiff, )<br>)<br>        v. )<br>)<br>SWIFTSHIPS SHIPBUILDERS, LLC, )<br>)<br>    Defendant. )<br>) | Case No. : 1:10-CV-189 (GBL/TRJ) |

## DEFENDANT SWIFTSHIPS SHIPBUILDERS, LLC'S MOTION IN LIMINE TO STRIKE PLAINTIFF LION ASSOCIATES, LLC'S CLAIM FOR A COMMISSION UPON THE TRAINING CONTRACT

Defendant Swiftships Shipbuilders, LLC ("Swiftships"), by and through its undersigned counsel, hereby moves to strike any evidence in support of Plaintiff Lion Associates, LLC's ("Lion") claim for a commission upon the Training Contract as set forth more fully in the accompanying Memorandum in Support of Defendant Swiftships Shipbuilders, LLC's Motion in Limine to Strike Plaintiff Lion Associates, LLC's Claim for a Commission upon the Training Contract.

Dated:  November 22, 2010

                                              Respectfully submitted,
                                              /s/_____
                                              Douglas C. Proxmire, Esq. (VSB #27890)
                                              Benjamin G. Chew, Esq. (VSB #29113)
                                              Nigel L. Wilkinson, Esq. (VSB #46500)
                                              PATTON BOGGS LLP
                                              2550 M Street, N.W.
                                              Washington, DC 20037
                                              Telephone: (202) 457-6000
                                              Facsimile: (202) 457-6315
                                              dproxmire@pattonboggs.com
                                              bchew@pattonboggs.com
                                              nwilkinson@pattonboggs.com

Hassan M. Ahmad, Esq. (*admitted Pro Hac Vice*)
The HMA Law Firm
1568 Spring Hill Road, Suite 200A
McLean, Virginia 22102
Telephone: (703) 964-0245
Facsimile: (703) 997-8556
hma@hmalegal.com

*Counsel for Defendant Swiftships Shipbuilders, LLC*

5132886

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of November 2010, I will electronically file the foregoing Motion in Limine, Memorandum in Support and Proposed Order, and exhibits, with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel named below:

> J. Douglas Baldridge, Esq.
> A. Wayne Lalle, Jr., Esq.
> Lauren D. Eade, Esq.
> Elizabeth E. Forbes, Esq.
> VENABLE LLP
> 575 7th Street, N.W.
> Washington, DC 20004
> Telephone: (202) 344-4703
> Facsimile: (202) 344-8300
> jbaldridge@venable.com

*Counsel for Plaintiff Lion Associates, LLC*

/s/_____
Nigel L. Wilkinson (VSB # 46500)
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
nwilkinson@pattonboggs.com
*Counsel for Defendant Swiftships Shipbuilders, LLC*

5132886