You are here: Home / About ERP / Systems Commands

# SYSTEMS COMMANDS

- HOME
- ➕ ABOUT ERP
- DEPLOYMENT INFO
- NEWS & RELEASES
- AWARDS & SUCCESSES
- REFERENCE LIBRARY
- JOBS



## Systems Commands

In the current Program of Record, Navy ERP will be implemented in four major Navy Systems Commands.

### NAVAIR

The Naval Air Systems Command (NAVAIR) is a United States Navy command, headquartered in Patuxent River, MD, with military and civilian personnel stationed at eight principal continental United States sites and one site overseas.

NAVAIR provides unique engineering, development, testing, evaluation, in-service support, and program management capabilities to deliver airborne weapons systems that are technologically superior and readily available. Using a full-spectrum approach, the command delivers optimal capability and reliability for the Sailor and the Marine.

NAVAIR is the principal provider for the Naval Aviation Enterprise (NAE), but contributes to every Warfare enterprise in the interest of national security. We embrace the privilege of our responsibility to the Sailor and the Marine in partnership with industry, all Naval Aviation stakeholders, and our fellow Systems Commands.

### NAVSUP

NAVSUP Mission...Supporting the Warfighter

NAVSUP's mission is to provide Navy, Marine Corps, Joint and Allied Forces with products and services that deliver Combat Capability through Logistics. We manage supply chains that provide material for Navy aircraft, surface ships, submarines and their associated weapons systems. We provide centralized inventory management for Navy's non-nuclear ordnance stockpile. We provide a wide range of base operating and waterfront logistics support services, coordinating material deliveries, contracting for supplies and services, and providing material management and warehousing services.

We are responsible for many of the Quality of Life programs that touch the lives of Sailors and their families every day, including Navy Exchanges, Navy Lodges, the Navy Personal Property Program, and the Navy Postal System. We administer the Navy Food Service Program, with responsibility for the policies and procedures that govern the day to day operations of general messes afloat and ashore.

### NAVSEA

The mission of Naval Systems Command (NAVSEA) is to develop, deliver and maintain ships and systems on time, and on cost for the United States Navy. Keeping America's Navy #1 in the world!

NAVSEA is the largest of the Navy's five system commands. With a fiscal year 2008 budget of $24.8 billion, NAVSEA accounts for nearly one quarter of the Navy's entire budget.

With a force of 53,000 civilian, military and contract support personnel, NAVSEA engineers, builds, buys and maintains the Navy's ships and submarines and their combat systems.

To accomplish this, NAVSEA manages 150 acquisition programs and manages foreign military sales cases that include billions of dollars in annual military sales to partner nations.



Web Help



 NAVY ERP HOME

 INSIDE ERP

PMO TOOLS

NAVY ERP LOGIN

 SUPPORT

Today, the NAVSEA organization has 33 activities in 16 states. NAVSEA strives to be an efficient provider of defense resources for the nation, and it plays an important role in the Navy Enterprise. As a Provider Command, it has the responsibility of directing resources from resource sponsors into the proper mix of manpower and resources to properly equip the Fleet.

NAVSEA has the further responsibility of establishing and enforcing technical authority in combat system design and operation. These technical standards use the organization's technical expertise to ensure systems are engineered effectively, and that they operate safely and reliably.

## SPAWAR

**Mission Statement**
Deliver FORCEnet by inventing, acquiring, developing, delivering and supporting integrated and interoperable C4ISR, Business IT and Space Capabilities in the interest of national defense.

**Vision**
Deliver knowledge superiority to the warfighter at the right time and for the right cost.

**Commitment**
"We are dedicated to the Joint warfighters, who stand in harm's way, preserving our peace and defending our nation and its allies against aggression at home and abroad."

**SPAWAR is:**
   1. A member of the Naval Acquisition Enterprise (NAE) with 7,550 employees
   2. Developer of Navy, Joint & Coalition Interoperability - Delivering the Naval component of the GIG
   3. Navy C4ISR Chief Engineer
   4. Navy FORCEnet Chief Engineer / Architect / Technical Assessor
   5. Exercise Technical Authority in support of programs acquired by three Program Executive Offices (PEOs)( PEO C4I , PEO EIS , PEO Space Systems )
   6.  Collateral support to JPEO - JTRS
   7. Account for combined TOA of $5.4 Billion

Please read our Privacy Policy Notice
www.navy.com / www.navy.mil
Freedom of Information Act



2551 Riva Rd. Suite 100, Annapolis, MD 21401

Contact Us - Site Map