

You are here: <u>Home</u> / About ERP



- HOME
- **+ ABOUT ERP**
- DEPLOYMENT INFO
- NEWS & RELEASES
- AWARDS & SUCCESSES
- REFERENCE LIBRARY
- JOBS



## About Navy ERP

**What is Navy ERP?**
Navy ERP is an integrated business management system that updates and standardizes Navy business operations, provides financial transparency and total asset visibility across the enterprise, and increases effectiveness and efficiency. Enterprise Resource Planning (ERP) is the generic name of a software-based management system used by forward-leaning corporations around the world to power their crucial "back office" business functions. The Navy ERP Program uses a product from SAP Corporation, which allows the Navy to unify, standardize, and streamline all its business activities into one completely integrated system.
The result is the Navy will achieve the highest standards for secure, reliable, accessible, and current information; everyone involved in conducting the Navy's business will thus work using the same procedures and reports. Business processes are updated and simplified; redundancies are eliminated; efficiencies save money.

**Why Navy ERP?**
The Navy needs to modernize and streamline the way it does business, to reduce the number of older, more costly IT applications, to operate the business of the Navy the same way across its many commands, and to be able to more clearly report its stewardship of the taxpayer's money.
To move to transform its business operations, the Navy tested portions of ERP applications and processes in four different pilot test programs. Those tests provided evidence that the commercially developed program could be successfully implemented with some adaptations and that the new system will provide substantial benefits to the Navy.
Navy ERP consolidates and improves business practices so that standard business activities are accomplished the same way across the Navy. They use one set of commonly understood and accepted data, entered once, available securely anywhere in the Navy. Skill sets become more easily transportable without retraining requirements, and job performance is improved.

**Who will it help?**
Navy ERP allows efficiencies gained from standardizing and simplifying Navy business practices to be returned to recapitalize the Navy.
Navy ERP enables the Navy's Enterprise organizational construct by providing integrated processes and information that unite previously stove-piped functions. One result is more rapid and informed decision making. The implementation of Navy ERP drives enterprise-wide efficiencies, and provides managers with financial transparency and total asset visibility—the ability to see clearly and understand those things they are responsible for.











This is an Official U.S. Navy Web Site
Please read our Privacy Policy Notice
www.navy.com / www.navy.mil
Freedom of Information Act

ISIC



Navy Enterprise Resource Planning Program
2551 Riva Rd. Suite 100, Annapolis, MD 21401

Contact Us - Site Map