1    IN THE UNITED STATES DISTRICT COURT
2    FOR THE EASTERN DISTRICT OF VIRGINIA
3            Alexandria Division
4      Case No. 1:10-CV-189(GBL-TRJ)
5
6    _____
7    LION ASSOCIATES, LLC,                    )
8                   Plaintiff,                )
9       v.                                    )
10   SWIFTSHIPS SHIPBUILDERS, LLC,            )
11                  Defendant.                )
12   _____  )
13
14
15     DEPOSITION OF ADM JAMES A. LYONS, JR.
16              Washington, D.C.
17              September 1, 2010
18
19
20
21
22
23   Reported by:
24   Mary Ann Payonk, RDR-CRR, CBC, CCP
25   Job No. 32907

Page 2

September 1, 2010
10:03 a.m.

    Deposition of ADM JAMES A. LYONS, JR., held at the offices of Patton Boggs, 2550 M Street, N.W., Washington, D.C. pursuant to Notice before Mary Ann Payonk, Certified Realtime Reporter and Notary Public of the District of Columbia.

TSG Reporting - Worldwide    877-702-9580

Page 3

APPEARANCES:
ON BEHALF OF SWIFTSHIPS SHIPBUILDERS, LLC
    BENJAMIN G. CHEW, ESQUIRE
    ANDREW ZIMMITTI, ESQUIRE
    PATTON BOGGS LLP
    2550 M Street, N.W.
    Washington, D.C. 20037
    (202) 457-6000

ON BEHALF OF LION ASSOCIATES, LLC:
    A. WAYNE LALLE, ESQUIRE
    LAUREN D. EADE, ESQUIRE
    ELIZABETH FORBES, ESQUIRE
    VENABLE LLP
    8010 Towers Crescent Drive
    Vienna, VA 22182
    (703) 760-1608

ALSO PRESENT:
    Rick Sanborn, Legal Video Specialist

TSG Reporting - Worldwide    877-702-9580

Page 4

        J. Lyons
        THE VIDEOGRAPHER:  This is the start of tape labeled number 1 of the videotaped deposition of Admiral James A. Lyons, Jr. in the matter of LION Associates, LLC versus Swiftships Shipbuilders, LLC filed in the United States District Court for the Eastern District of Virginia, Alexandria Division, case number 1:10-CV-189.
        This deposition is being held at the offices of Patton Boggs, 2550 M Street, Northwest, Washington, D.C. on September 1, 2010, at approximately 10:03 a.m.
        My name is Rick Sanborn from TSG Reporting, Incorporated, and I am the legal video specialist.  The court reporter is Mary Ann Payonk, also in association with TSG Reporting.
        Will counsel please introduce themselves and state whom they represent.
        MR. CHEW:  My name is Ben Chew, and I represent defendant Swiftships
TSG Reporting - Worldwide    877-702-9580

Page 5

        J. Lyons
Shipbuilders, LLC.
        MR. ZIMMITTI:  I'm Andrew Zimmitti, and I also represent Swiftships Shipbuilders, LLC.
        MR. LALLE:  My name is Wayne Lalle. I represent Admiral Lyons and LIONS, LLC.
        MS. EADE:  I'm Lauren Eade, I represent LION Associates LLC and Admiral Lyons.
        MS. FORBES:  Elizabeth Forbes, and I represent LION Associates, LLC and Admiral Lyons.
JAMES A. LYONS, JR.,
    called as a witness, having been duly sworn, was examined and testified as follows:
        EXAMINATION
BY MR. CHEW:
    Q.  Good morning, Admiral Lyons. Thank you for coming here today.
    A.  Yes, sir.
    Q.  Since you are well represented by excellent counsel, I will skip the usual
TSG Reporting - Worldwide    877-702-9580

Page 202

1     J. Lyons
2  anything, to make sure that Swiftships was
3  living up to its contractual obligations?
4     A.  I visited the facility, went through
5  the entire facility, went through their
6  35-meter boat that they had built, which was
7  the model for the subsequent ones, looked at --
8  went through the training program that they
9  were setting up and felt comfortable they could
10 meet their contractual obligations.
11    Q.  And as we defined at the very
12 beginning of the deposition, the Iraqi Navy
13 contract actually refers to two contracts, one
14 with NAVSEA and then a training contract;
15 correct?
16    A.  Correct.
17    Q.  And the training contract was with
18 NAVAIR, not NAVSEA; correct?
19    A.  I don't recall exactly the details of
20 that.
21    Q.  Did you have any contacts with anyone
22 at NAVAIR at any time?
23    A.  Not that I recall.  My contract was a
24 natural flow from the basic contract.  You had
25 to have a training program for them to be able

TSG Reporting - Worldwide    877-702-9580

Page 203

1     J. Lyons
2  to operate the ships and maintain them.  That
3  was a natural outgrowth.
4     Q.  So is it part of your claim that you
5  were entitled in the -- that you were entitled
6  to 3 percent of the value of the NAVAIR
7  training contract?
8     A.  Correct.
9     Q.  Any other basis other than your
10 testimony that it sprung naturally from the
11 other part of the Iraqi Navy contract?
12    A.  Correct.
13    Q.  At any point in time, did you ever
14 send Swiftships an invoice for 3 percent of the
15 total amount of the Iraqi Navy contract?
16    A.  No.
17    Q.  Why not?
18    A.  Because Calvin told me, quote, I'm
19 going to give you a number you will like.  And
20 he said, I will call you and give you that
21 number.  We were supposed to have a meeting at
22 the conclusion of the Iraqi Navy visit.
23 Storm -- we had a serious storm come up, and we
24 had to postpone the meeting.
25        In the presence of a number of

TSG Reporting - Worldwide    877-702-9580

Page 204

1     J. Lyons
2  people, including the chairman, Lutfi Hassan,
3  Calvin said, quote, I'm going to give you a
4  number you will like, and I will call you to
5  give it to you.
6     Q.  Okay.
7     A.  That was good enough for me.
8     Q.  Well, he told you that in November of
9  2009; correct?
10    A.  Right.
11    Q.  Okay.  Let me then --
12    A.  No, December.
13    Q.  December?
14    A.  December.
15    Q.  December?
16    A.  December.
17    Q.  Well, let me improve my question,
18 then.  You were working on the Iraqi Navy
19 contract as early as mid April of 2009.  You
20 continued to work on it through fruition in
21 September of 2009, and then, as you said, you
22 testified that you worked to make sure that
23 Swiftships was living up to its contractual
24 obligations.
25        During all that period of time,

TSG Reporting - Worldwide    877-702-9580

Page 205

1     J. Lyons
2  you -- your administrative assistant sent out
3  monthly invoices for payment of the 7500;
4  right?
5     A.  Correct.
6     Q.  And why did you then not -- before
7  you'd received this assurance from Mr. LeLeux
8  in December of 2009 about giving you a number
9  you will like, why didn't you add the success
10 fee at any time between April and December of
11 2009?
12        MR. LALLE:  Objection, form.
13    A.  I wanted to discuss it personally
14 with Calvin, and we would come to agreement.
15    Q.  So what was there to agree on?
16    A.  What the amount would be.
17    Q.  What would that depend on?
18    A.  Depending on what he was offering.  I
19 could never get a number out of him.
20    Q.  But you knew what the value of the
21 contract was; correct?
22    A.  Oh, I knew what the value of the
23 contract was, yes.
24    Q.  So what did it depend on if not a
25 calculation of that number times .03?

TSG Reporting - Worldwide    877-702-9580

52 (Pages 202 to 205)