UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LION ASSOCIATES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. : 1:10-CV-189 (GBL/TRJ) |
| ) | |
| SWIFTSHIPS SHIPBUILDERS, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT SWIFTSHIPS SHIPBUILDERS, LLC'S MOTION IN LIMINE TO EXCLUDE PLAINTIFF'S TRIAL EXHIBITS 36, 37, 48, 49, 50 AND 56, AND ANY TESTIMONY CONCERNING THOSE EXHIBITS**

Defendant Swiftships Shipbuilders, LLC ("Swiftships"), by and through its undersigned counsel, hereby moves to exclude Plaintiff Lion Associates. LLC's ("Lion") Trial Exhibits 36, 37, 48, 49, 50 and 56, and any testimony concerning those exhibits as set forth more fully in the accompanying Memorandum in Support.

Dated:  November 22, 2010

                                                                                               Respectfully submitted,
                                                                                               /s/_____
                                                                                               Benjamin G. Chew, Esq. (VSB #29113)
                                                                                               Nigel L. Wilkinson, Esq. (VSB #46500)
                                                                                               PATTON BOGGS LLP
                                                                                               2550 M Street, N.W.
                                                                                               Washington, DC 20037
                                                                                               Telephone: (202) 457-6000
                                                                                               Facsimile: (202) 457-6315
                                                                                               bchew@pattonboggs.com
                                                                                               nwilkinson@pattonboggs.com

                                                                                               Hassan M. Ahmad, Esq. (*admitted Pro Hac Vice*)
                                                                                               The HMA Law Firm
                                                                                               1568 Spring Hill Road, Suite 200A
                                                                                               McLean, Virginia 22102

1

Telephone: (703) 964-0245
Facsimile: (703) 997-8556
hma@hmalegal.com

*Counsel for Defendant Swiftships Shipbuilders, LLC*

2

5132198

## CERTIFICATE OF SERVICE

    I hereby certify that on this 22nd day of November 2010, I will electronically file the foregoing Motion in Limine, Memorandum in Support and Proposed Order, and exhibits, with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel named below:

J. Douglas Baldridge, Esq.
A. Wayne Lalle, Jr., Esq.
Lauren D. Eade, Esq.
Elizabeth E. Forbes, Esq.
VENABLE LLP
575 7th Street, N.W.
Washington, DC 20004
Telephone: (202) 344-4703
Facsimile: (202) 344-8300
jbaldridge@venable.com

*Counsel for Plaintiff Lion Associates, LLC*

/s/_____
Nigel L. Wilkinson, Esq. (VSB #46500)
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
Telephone:  (202) 457-6000
Facsimile:  (202) 457-6315
nwilkinson@pattonboggs.com
*Counsel for Defendant Swiftships Shipbuilders, LLC*

5132198