EXHIBIT 3, Plaintiff's Trial Ex. 36

Page 1 of 1

| | |
|---|---|
| From: | fgill@glawoffice.com |
| Subject: | Re: Agreement |
| Date: | 05/08/2009 14:17 |
| To: | jalyons@lionllc.com |

Sure, we just need to change the name from Gill Law Firm to Swiftship Shipbuilders, LLC, a group of Apex Group. And signature is Calvin Leleux

-----Original Message-----
From: James A. Lyons Jr.
To: fgill@glawoffice.com
Sent: May 8, 2009 6:51 AM
Subject: Re: Agreement

Mr. Gill,

Admiral Lyons mentioned some verbage changes to the agreement. Could you please email those to me to update.
Many thanks.

Regards,
Lilian Devaux


Lion Associates LLC
Tel: 703-519-5600
Fax: 703-519-5695



Sent from my Verizon Wireless BlackBerry

https://mailapp02.register.com/7f416cc5/gds/popout.html

CONFIDENTIAL

7/12/2010

LION0000060



LION0000060

Page 1