| | |
|---|---|
| From: | jalyons@lionllc.com |
| Subject: | |
| Date: | 05/12/2009 10:32 |
| To: | fgill@glawoffice.com |

**EXHIBIT 5-A, Plaintiff's Trial Ex. 48**

Faisal

Could you please call me? Many thanks.

All The Best
Ace

James A. Lyons, Jr.
Admiral, USN (ret)
President/CEO

Lion Associates LLC
Tel: 703-519-5600
Fax: 703-519-5695

CONFIDENTIAL                                                   LION0000295

Page 1 of 1

**From:** jalyons@lionllc.com
**Subject:** Agreement Swiftships
**Date:** 05/12/2009 14:27
**To:** fgill@glawoffice.com
**Attachments:** A. Lyons Jr., James.vcf(279 B)

Faisal

Have not received signed copy back from Swiftships.
Please Advice.

All The Best
Ace


James A. Lyons, Jr.
Admiral, USN (ret)
President/CEO

Lion Associates LLC
Tel: 703-519-5600
Fax: 703-519-5695

CONFIDENTIAL                                                              LION0000294

| | |
|---|---|
| From: | fgill@glawoffice.com |
| Subject: | Re: Agreement Swiftships |
| Date: | 05/12/2009 14:28 |
| To: | jalyons@lionllc.com |

I will check but I had thought they did.

Sent from my Verizon Wireless BlackBerry

-----Original Message-----

From: "James A. Lyons Jr." <jalyons@lionllc.com>;

Date: Tue, 12 May 2009 14:27:57

To: <fgill@glawoffice.com>;

Subject: Agreement Swiftships

Faisal

Have not received signed copy back from Swiftships.

Please Advice.

All The Best

Ace

James A. Lyons, Jr.

Admiral, USN (ret)

President/CEO

Lion Associates LLC

Tel: 703-519-5600

Fax: 703-519-5695

CONFIDENTIAL                                                              LION0000034

| | |
|---|---|
| From: | jalyons@lionllc.com |
| Subject: | |
| Date: | 05/14/2009 16:46 |
| To: | fgill@glawoffice.com |
| Attachments: | A. Lyons Jr., James.vcf(279 B) |

Faisal

Could you please call me.
Many thanks.

All The Best
Ace



James A. Lyons,Jr.
Admiral, USN (ret)
President/CEO

Lion Associates LLC
Tel: 703-519-5600
Fax: 703-519-5695

CONFIDENTIAL                                                                     LION0000293

| | |
|---|---|
| From: | jalyons@lionllc.com |
| Subject: | |
| Date: | 05/15/2009 10:36 |
| To: | fgill@glawoffice.com |

faisal

Could you please call me?

All The Best
Ace


James A. Lyons, Jr.
Admiral, USN (ret)
President/CEO

Lion Associates LLC
Tel: 703-519-5600
Fax: 703-519-5695

CONFIDENTIAL       LION0000291

--- On **Wed, 5/20/09, James A. Lyons Jr.** <*jalyons@lionllc.com*> wrote:

> From: James A. Lyons Jr. <jalyons@lionllc.com>
> Subject:
> To: fgill@glawoffice.com
> Date: Wednesday, May 20, 2009, 9:42 AM
>
> Faisal
>
> Could you please give me a call
> when you have a moment.
>
> All The Best
> Ace

**CONFIDENTIAL**            **SWIFTSHIPS-0031**

EXHIBIT 5-B, Plaintiff's Trial Ex. 49

--- On Tue, 5/12/09, James A. Lyons Jr. <jalyons@lionllc.com> wrote:

> From: James A. Lyons Jr. <jalyons@lionllc.com>
> Subject: Agreement Swiftships
> To: fgill@glawoffice.com
> Date: Tuesday, May 12, 2009, 11:27 AM
>
> Faisal
>
> Have not received signed copy back from Swiftships.
> Please Advice.
>
> All The Best
> Ace
>
>
> James A. Lyons, Jr.
> Admiral, USN (ret)
> President/CEO
>
> Lion Associates LLC
> Tel: 703-519-5600
> Fax: 703-519-5695

**CONFIDENTIAL**   **SWIFTSHIPS-0026**



Page 1    EXHIBIT 39    SWIFTSHIPS-0026

EXHIBIT 5-C, Plaintiff's Trial Ex. 50

--- On **Thu, 5/14/09, James A. Lyons Jr.** <*jalyons@lionllc.com*> wrote:

> From: James A. Lyons Jr. <jalyons@lionllc.com>
> Subject:
> To: fgill@glawoffice.com
> Date: Thursday, May 14, 2009, 1:46 PM
>
> Faisal
>
> Could you please call me.
> Many thanks.
>
> All The Best
> Ace
>
>
> James A. Lyons,Jr.
> Admiral, USN (ret)
> President/CEO
>
> Lion Associates LLC
> Tel: 703-519-5600
> Fax: 703-519-5695

CONFIDENTIAL    SWIFTSHIPS-0027

EXHIBIT
41
Gill

SWIFTSHIPS-0027

--- On **Fri, 5/15/09, James A. Lyons Jr.** <*jalyons@lionllc.com*> wrote:

> From: James A. Lyons Jr. <jalyons@lionllc.com>
> Subject:
> To: fgill@glawoffice.com
> Date: Friday, May 15, 2009, 7:36 AM
>
> faisal
>
> Could you please call me?
>
> All The Best
> Ace
>
>
> James A. Lyons, Jr.
> Admiral, USN (ret)
> President/CEO
>
> Lion Associates LLC
> Tel:  703-519-5600
> Fax:  703-519-5695

**CONFIDENTIAL**               **SWIFTSHIPS-0029**

SWIFTSHIPS-0029

--- On **Wed, 5/20/09, James A. Lyons Jr.** <*jalyons@lionllc.com*> wrote:

> From: James A. Lyons Jr. <jalyons@lionllc.com>
> Subject:
> To: fgill@glawoffice.com
> Date: Wednesday, May 20, 2009, 9:42 AM
>
> Faisal
>
> Could you please give me a call
> when you have a moment.
>
> All The Best
> Ace

**CONFIDENTIAL**     **SWIFTSHIPS-0031**

SWIFTSHIPS-0031