**From:** fgill@glawoffice.com
**Subject:** Fw: Lion Associates LLC Agreement
**Date:** 06/04/2009 11:14
**To:** jalyons@lionllc.com
**Attachments:** Lion Ass Agreement.pdf(329 KB)

EXHIBIT 6, Plaintiff's Trial Ex. 56

Here it is

Sent from my Verizon Wireless BlackBerry

---

**From:** "Management"
**Date:** Tue, 2 Jun 2009 14:11:57 -0500
**To:** Faisal Gill<fgill@glawoffice.com>
**Subject:** Fw: Lion Associates LLC Agreement

Hi there

Lillian said she didn't have this - told her I would reforward to you so you both could have it.

G

Gail M. Erwin
Swiftships Shipbuilders, LLC
985-380-2519 - Office
985-380-2559 - Fax
985-397-6085 - Cell

----- Original Message -----
**From:** Management
**To:** fgill@glawoffice.com ; lutfi@apexgroupofcompanies.com ; haskari@suddenlink.net
**Sent:** Friday, May 01, 2009 2:18 PM
**Subject:** Lion Associates LLC Agreement

Faisal,

As per your request, the agreement with Lion Associates is attached for your records.

Please note that Gail is away on vacation until Monday and I'm in need of the address where you receive FedEx packages.

The FedEx will include a signed copy of the Lion Associates agreement and BLC backup data.

If you should have any concerns, please call or email at your convenience.

Thanks,

Kellie Burnett
985-397-3942


Gail M. Erwin
Swiftships Shipbuilders, LLC
985-380-2519 - Office
985-380-2559 - Fax
985-397-6085 - Cell

----- Original Message -----

https://mailapp02.register.com/7f416cc5/gds/popout.html    7/12/2010

CONFIDENTIAL


EXHIBIT
lu
9-9-10

LION0000030

LION0000030

**From:** fgill@glawoffice.com
**To:** Management
**Sent:** Friday, May 01, 2009 4:27 PM
**Subject:** Re: Request for Minutes

Gail,

Can you remind Calvin to send me the agreement for the ADM.

Sent from my Verizon Wireless BlackBerry

---

**From:** "Management"
**Date:** Fri, 1 May 2009 11:20:40 -0500
**To:** Faisal Gill<fgill@glawoffice.com>; <lutfi@apexgroupofcompanies.com>; <haskari@suddenlink.net>
**Subject:** Fw: Request for Minutes

all

Gail M. Erwin
Swiftships Shipbuilders, LLC
985-380-2519 - Office
985-380-2559 - Fax
985-397-6085 - Cell

----- Original Message -----
**From:** Management
**To:** James A. Lyons Jr.
**Sent:** Friday, May 01, 2009 11:18 AM
**Subject:** Fw: Request for Minutes

## Good morning Admiral Lyons,

We are forwarding an email we received from Doug Dalhoff. I requested the minutes of a PMR held to discuss the DSV for the Kuwait Navy from Mike Barton, our case manager, for the FMS case to verify the LOA had specified Swift as a sole source, and I stated that any other information could be stricken if need be. None of the information is confidential that was discussed and as such none of the minutes are confidential. We were present at the PMR and do not feel that requesting the minutes is inappropriate since we are the sole source for the program. During this PMR, Navsea committed to the Kuwait Navy that a technical design contract be awarded by the end of 2008 with a full contract by September 2009. This email shows Navsea does not intend to assist Swift in the easiest of requests. We feel that Navsea is trying to hide from it's commitments to award contracts to Swift, and if Sea released these minutes, they would reveal the fact that they have truly not lived up to those commitments. This email can be used as a basis for their treatment of Swift on all matters. Additionally, Capt. John Schwering, we think this is the correct spelling, is retired from IPO 03 division. We have no information on his whereabouts at this time.

You can see all of the people that received this document.

Best Regards,

Calvin

Gail M. Erwin
Swiftships Shipbuilders, LLC
985-380-2519 - Office
985-380-2559 - Fax
985-397-6085 - Cell
----- Original Message -----
**From:** Dallhoff, Douglas S CIV SHIPS

**To:** management@swiftships.com ; Barton, Michael L CIV SHIPS
**Cc:** specialprojects@swiftships.com ; Siminow, Dean C CIV SHIPS ; Kosar, Michael P CIV SHIPS
**Sent:** Tuesday, April 28, 2009 9:06 PM
**Subject:** Re: Request for Minutes

Calvin,

The signed PMR minutes you are referring to is a government to government document that contains program sensitive information. As such, I do not feel it is appropriate to provide these minutes to Swiftships. The only information contained in these minutes that should be of interest to Swiftships has to do with the DSV. I can confirm that these minutes act as the Letter of Request (LOR) to amend the case to designate Swiftships as the sole source provider for the DSVs.

R/Doug

---

**From:** Management <management@swiftships.com>
**To:** Dallhoff, Douglas S CIV SHIPS; Barton, Michael L CIV SHIPS
**Cc:** Jeff LeLeux <specialprojects@swiftships.com>
**Sent:** Tue Apr 28 17:24:54 2009
**Subject:** Request for Minutes

Ref:   DSV Conference Held November 2008 - Washington, DC
       First Request to Mr. Barton Dated March 25, 2009

Dear Doug:

We request that you authorize release of the minutes from the referenced meeting with Kuwait officials held at the Doubletree in Washington. The purpose for these minutes is for confirmation of LOA and selection of Swiftships as the sole source provider for the DSVs. We would appreciate receiving a copy of the minutes as soon as possible even if you have to redact certain portions.

Thank you.

Calvin Leleux


Gail M. Erwin
Swiftships Shipbuilders, LLC
985-380-2519 - Office
985-380-2559 - Fax
985-397-6085 - Cell

# LION ASSOCIATES LLC

1635 PRESTON ROAD
ALEXANDRIA, VIRGINIA 22302

Tel: 703.519.5600
Fax: 703.519.5695
Email: jalyons@lionllc.com
www.lionllc.com

## Agreement

1. This Agreement is effective 13 April 2009 between LION Associates LLC, 1635 Preston Road, Alexandria, VA 22302 ("Consultant") and The Gill Law Firm, 1101 30th Street, Suite 500, Washington, DC 20007 ("Company").

2. Purpose. Consultant will provide marketing services and promote the Company by interfacing with the U.S. Government and various national and international companies who are known to have a requirement for Company product and services. Specifically, the Consultant will identify marketing opportunities in U.S. Government and commercial organizations and will explain the Company's capabilities; and represent that the Company that can achieve the objectives established by the appropriate enterprise better than any known competitor.

3. Compensation. Consultant will be reimbursed for this effort at a rate of $7,500.00 per month for a period of twelve (12) months with $7,500.00 paid upon signing and on the 15th of each month thereafter until termination. Also, Consultant will be paid 3% of each new contract obtained by LION. *BROUGHT TO SWIFT, WHICH WAS* CL

4. Expenses and Termination. The Consultant will bear all expenses associated with its efforts in executing this contract except those agreed to by the Company in writing. Should either party decide to terminate this contract they will provide 30 days notice to the other party and will continue to perform as specified in other sections of this contract until the expiration of the notice period.

5. Governing Laws and Communication. The laws of the State of Virginia will govern all aspects of this contract. Commercial carrier express or electronic mail or facsimile will be used to communicate between the parties. During the term of the contract both parties will keep the other constantly advised of correct postal and e-mail addresses and voice and facsimile telephone numbers.

Signatures:

LION Associates LLC

By: *James A. Lyons, Jr.*
James A. Lyons, Jr.
Admiral, USN (ret)

Title: President/CEO

Swiftships Shipbuilders, LLC

By: *Calvin Leleux*
Calvin Leleux

Title: President/CEO
*DATED - 2 MAY 2009*

CONFIDENTIAL

LION0000033

LION0000033