**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **LION ASSOCIATES, LLC,**         ) | |
|                                                                 ) | |
| **Plaintiff,**               ) | |
|                                                                 ) | |
| v.                                                         ) | Case No. : 1:10-CV-189 (GBL/TRJ) |
|                                                                 ) | |
| **SWIFTSHIPS SHIPBUILDERS, LLC,**  ) | Hearing Date: 12/10/2010, 10:00 AM |
|                                                                 ) | |
| **Defendant.**            ) | |
|                                                                 ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, the 10th of December, 2010, at 10:00 A.M. or as soon thereafter as counsel may be heard, Defendant Swiftships Shipbuilders, LLC ("Swiftships") will bring on for hearing the following motions:

1. Swiftships' Motion In Limine To Strike Plaintiff Lion Associates, LLC's Claim For A Commission Upon The Training Contract;

2. Swiftships' Motion In Limine To Limit Plaintiff Lion Associates, LLC's Damages; and

3. Swiftships' Motion In Limine To Exclude Plaintiff's Trial Exhibits 36, 37, 48, 49, 50 And 56, And Any Testimony Concerning Those Exhibits.

Dated:  November 22, 2010

                                                                                          Respectfully submitted,
                                                                                             /s/
                                                           Douglas C. Proxmire, Esq. (VSB #27890)
                                                           Benjamin G. Chew, Esq. (VSB #29113)
                                                           Nigel L. Wilkinson, Esq. (VSB #46500)
                                                           PATTON BOGGS LLP
                                                           2550 M Street, N.W.

5133926

Washington, DC 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
dproxmire@pattonboggs.com
bchew@pattonboggs.com
nwilkinson@pattonboggs.com

Hassan M. Ahmad, Esq. (*admitted Pro Hac Vice*)
The HMA Law Firm
1568 Spring Hill Road, Suite 200A
McLean, Virginia 22102
Telephone: (703) 964-0245
Facsimile: (703) 997-8556
hma@hmalegal.com

*Counsel for Defendant Swiftships Shipbuilders, LLC*

2

5133926

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 22nd day of November 2010, I will electronically file the foregoing Notice with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel named below:

J. Douglas Baldridge, Esq.
A. Wayne Lalle, Jr., Esq.
Lauren D. Eade, Esq.
Elizabeth E. Forbes, Esq.
VENABLE LLP
575 7th Street, N.W.
Washington, DC 20004
Telephone: (202) 344-4703
Facsimile: (202) 344-8300
jbaldridge@venable.com
wlalle@venable.com
ldeade@venable.com

*Counsel for Plaintiff Lion Associates, LLC*

      /s/
Nigel L. Wilkinson (VSB 46500)
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
nwilkinson@pattonboggs.com

*Counsel for Defendant Swiftships Shipbuilders, LLC*

5133926