FILED

2011 JAN 19 P 3: 26

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

LION ASSOCIATES, LLC
Plaintiff

1:10-cv-189

v.

SWIFTSHIPS SHIPBUILDERS, LLC
Defendant

**NOTICE OF APPEAL
IN A CIVIL CASE**

Notice is hereby given that Lion Associates, LLC, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Final Judgment in favor of Defendant for Summary Judgment entered in this action on December 20, 2010, and reflected in the Judgment entered on December 21, 2010.

*A. Wayne Lalle Jr.* / LDE
A. WAYNE LALLE, JR.
J. DOUGLAS BALDRIDGE
LAUREN D. EADE
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004
Telephone: (202) 344-4703

DATED: January 19, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of January 2011, I filed by courier the foregoing Notice of Appeal with the Clerk of Court, and have sent copies by U.S. mail to counsel named below. Counsel will also receive copies through the Court's electronic filing system.

Douglas C. Proxmire (VSB #27890)
Benjamin G. Chew, Esquire (VSB #29113)
Nigel L. Wilkinson, Esquire (VSB #46500)
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
bchew@pattonboggs.com
nwilkinson@pattonboggs.com

Hassan M. Ahmad, Esquire (*admitted Pro Hac Vice*)
The HMA Law Firm
1568 Spring Hill Road, Suite 200A
McLean, Virginia 22102
Telephone: (703) 964-0245
Facsimile: (703) 997-8556
hma@hmalegal.com

Ashraf W. Nubani, Esquire (VSB #43595)
The Nubani Law Firm
1568 Spring Hill Road
Suite 200A
McLean, VA 22102
Tel: (703) 658-5151
Fax: (703) 997-8556
awn@nubanilaw.com
***Attorneys for Defendant, Swiftships Shipbuilders, LLC***

Lauren D. Eade